UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2272

ARTHUR E. EBERTS, JR.,

Plaintiff - Appellant,

versus

HALLIBURTON ENERGY SERVICES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-03-229-1)

Submitted: April 27, 2005                Decided: May 20, 2005

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Florio, FLORIO LAW OFFICES, Clarksburg, West Virginia, for Appellant. Vanessa Griffith, VINSON & ELKINS L.L.P., Houston, Texas, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur E. Eberts, Jr., appeals the district court's order granting Halliburton's motion to compel arbitration and dismissing Eberts' complaint and denying Eberts' motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Eberts v. Halliburton Energy Servs., Inc.</u>, No. CA-03-229-1 (N.D. W. Va. Mar. 19 & Sept. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>